Elia T. WATKINS, Plaintiff-Appellant,

v.

John CULLEN, CEO; Sherri Passerell, Psychiatrist; Lauren Lyons, Psychologist; Lee Cashdollar, Social Worker; Dan Brown, Social Worker; Richard Mihailovich, R.N.; Laura Robinson, Rec. Therapist; Terri Emerson, Rec. Therapist; Janet Hendershot, F.R.B. Psycholo.; Mary-lou Perkins, F.R.B. Social Wk.; Sharon Pence, R.N.; Joseph Lyden, C.N.A.; Gary Leasure, Allegany Co. Circuit Court Judge, Defendants-Appellees.

No. 16-7388

United States Court of Appeals, Fourth Circuit.

Submitted: February 16, 2017

Decided: February 22, 2017

Elia T. Watkins, Appellant Pro Se.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elia T. Watkins seeks to appeal the district court's order warning him that his complaint is subject to dismissal without

prejudice. We dismiss the appeal for lack of jurisdiction because the order Watkins seeks to appeal is neither final nor otherwise appealable. See Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–47, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949); Catlin v. United States, 324 U.S. 229, 233–34, 65 S.Ct. 631, 89 L.Ed. 911 (1945).

Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED